UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. _____

DAPHNE BARRANCO, Individually and
a/a/o L.O.L.A.Q. LLC d/b/a HARRY A'S
RESTAURANT, BAR, NIGHTCLUB,

      Plaintiff,

vs.

AMERICAN AUTOMOBILE INSURANCE
COMPANY,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

      Defendant, American Automobile Insurance Company, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of the removal to this court of the case styled *Daphne Barranco, Individually and as Assignee of L.O.L.A.Q. LLC d/b/a Harry A's Restaurant, Bar, Nightclub vs. American Automobile Insurance Company*, filed in the Circuit Court of the Second Judicial Circuit, in and for Franklin County, Florida, Case No.: 22-000062-CA. As grounds for this removal, Defendant states the following:

      1.    This action is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1332 and § 1441.

2.      This Notice of Removal has been timely filed and without waiver by Defendant. Specifically, this Notice of Removal has been filed within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

<u>Background</u>

3.      This action arises out of an insurance policy which provided commercial general liability coverage to L.O.L.A.Q. LLC, which does business as Harry A's Restaurant, Bar, Nightclub.

4.      Plaintiff, Daphne Barranco ("Plaintiff" or "Barranco"), previously filed a lawsuit against L.O.L.A.Q. LLC in the Second Judicial Circuit, Franklin County, Case No. 19000152CAAXMX ("prior case"). In that case, Barranco alleged that she sustained serious injuries while she was a business invitee of L.O.L.A.Q. LLC.

5.      The prior case was resolved after Barranco and L.O.L.A.Q. LLC entered into an Assignment agreement. As part of that agreement, a consent judgment was entered against L.O.L.A.Q. LLC in the amount of $304,926.47.

6.      On August 30, 2022, Barranco commenced an action by filing a Complaint in the Second Judicial Circuit in and for Franklin County, Florida, entitled *Daphne Barranco, Individually and as Assignee of L.O.L.A.Q. LLC d/b/a Harry A's Restaurant, Bar, Nightclub vs. American Automobile Insurance Company.*

7.     Defendant was served with Barranco's Complaint on November 22, 2022.

## Amount in Controversy

8.     The amount in controversy requirement is met because Barranco seeks enforcement of a $304,926.47 consent judgment entered in the prior case against L.O.L.A.Q. LLC. *See* Plaintiff's Complaint, ¶ 13 ("Due to AMERICAN's incorrect and wrongful coverage and defense positions, it is liable to the Plaintiff herein for the Final Judgment that was entered against L.O.L.A.Q., LLC d/b/a HARRY A'S on September 10, 2021 by the Honorable Jonathan Sjostrom in the amount of $304,926.47, plus accrued and accruing interest.").

## Diversity of Citizenship

9.     Barranco and Defendant are of diverse citizenship.

10.     Barranco is a resident of Dale County, Alabama and is an Alabama citizen for diversity purposes.

11.     Defendant is a citizen of Missouri and Illinois for diversity purposes. Defendant is a Missouri corporation with its principal place of business in Chicago, Illinois.

## Removal is Proper

12.     This case is properly removable pursuant to 28 U.S.C. § 1332 and § 1441.

13.     Venue properly rests in the Tallahassee Division of the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. Section 1441(a), since this action is being removed from the state court wherein it was originally filed in the Circuit Court of the Second Judicial Circuit in and for Franklin County, Florida.

14.     Defendant represents it will file with the Clerk of the Court for the Second Judicial Circuit, in and for Franklin County, Florida a Notice of Filing Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties.

15.     In accordance with Local Rule 7.2(A) and 28 U.S.C. § 1446(a), Defendant attaches hereto true and legible copies of the state court docket and each paper filed or served in the state court.  *See* Exhibit 1.

16.     Accompanying this Notice of Removal is a Civil Cover Sheet, as well as the required filing fee.

17.     This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1332 and 1441.  As a result, removal of the instant action is appropriate.

WHEREFORE, Defendant, American Automobile Insurance Company, respectfully requests this Court to assume jurisdiction of the above-described action now pending in the Second Judicial Circuit in and for Franklin County, Florida.

Respectfully submitted,

*Brett M. Carey*
_____
BRETT M. CAREY
Florida Bar No. 0091355
E-mail:  bcarey@rumberger.com
            docketingorlando@rumberger.com
            bcareysecy@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished

by e-mail this 21st day of December, 2022 to the following counsel of record:

| | |
|---|---|
| Christopher J. Nicholas (FBN: 768790)<br>**FASIG \| BROOKS**<br>3522 Thomasville Road, Suite 200<br>Tallahassee, FL  32309<br>(850) 224-3310 Telephone<br>(850) 224-3433 Facsimile<br>Email: Chris@fasigbrooks.com<br>pamela@fasigbrooks.com<br>lisak@fasigbrooks.com<br>*Counsel for Plaintiff* | |

*Brett M. Carey*

BRETT M. CAREY
Florida Bar No. 0091355
E-mail:  bcarey@rumberger.com
   docketingorlando@rumberger.com
   bcareysecy@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
Attorneys for Defendant